MAY 31, 1955.

No. 663. FONG, GUARDIAN AD LITEM, ET AL. v. DULLES, SECRETARY OF STATE. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court for a new trial in accordance with the Govern-

ment's suggestion. *Joseph S. Hertogs* for petitioners. *Solicitor General Sobeloff* for respondent.